1

2

3

4

5

6

7

8           **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11 PIERRE ARMAND RANDALL,     |   Case No. 2:24-cv-10145-MEMF (E)

12              Petitioner,   |   **ORDER ACCEPTING FINDINGS AND**

13    v.                               **RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE**

14 JASON BLACK,

15             Respondent.

16

17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records

19 on file, and the Report and Recommendation of the United States Magistrate Judge

20 ("Report"). Further, the Court has engaged in a *de novo* review of those portions of

21 the Report to which objections have been made.

22       The Report recommends the denial of the Petition and the dismissal of this

23 action with prejudice. (ECF No. 15.) Petitioner's objections to the Report (ECF

24 Nos. 16, 17, 18, 19, 20, 21) does not warrant a change to the Report's findings or

25 recommendations.

26       Petitioner objects that he is an "Executive Legislator of the 116th Congress

27 of the United States of America" and that he "will bring to his U.S. Government a

28

$24.4 trillion Surplus for 12 years beginning December 21st, 2023." (ECF No. 16 at 1.)  As the Report found, this allegation is frivolous.  (ECF No. 15 at 6.)

Petitioner objects that he is not a mentally disordered offender because he has no symptoms of schizophrenia or schizoaffective bipolar disorder.  (ECF No. 16 at 1.)  As the Report found, an allegation of misdiagnosis is a matter of state law that is not cognizable in federal habeas corpus.  (ECF No. 15 at 7.)

Petitioner objects that he is law abiding and has no violence or serious crimes in his criminal record.  (ECF No. 16 at 1.)  This objection is not responsive to the findings of the Report.  As the Report found, the evidence was sufficient for the state trial court to find that Petitioner had the severe mental health disorders of schizophrenia and pedophilia; that the disorders were not in remission or could not be kept in remission without treatment; and due to Petitioner's severe mental health disorders, as well as evidence that Petitioner would not take his medication if released, Petitioner posed a serious threat of physical harm to others.  (ECF No. 15 at 13.)

Petitioner objects that his royal status immunizes him from prosecution. (ECF No. 16 at 1.)  As the Report found, this allegation is frivolous.  (ECF No. 15 at 6.)

In ECF Nos. 17-21, Petitioner repeats the assertions made above or makes new assertions which are equally frivolous under the law.

/ / /

/ / /

/ / /

**ORDER**

It is ordered that the Report and Recommendation of the Magistrate Judge is accepted and adopted and that Judgment shall be entered denying and dismissing the Petition with prejudice.

It is further ordered that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Petitioner and counsel for Respondent.

DATED:  August 25, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE