JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CROWN PRINCE PIERRE ARMAND RANDALL [BURGESS],<br><br>　　Petitioner,<br><br>　　v.<br><br>JASON BLACK, CHIEF ADMINISTRATOR [ASH],<br><br>　　Respondent. | No. CV 24-10145-MEMF(E)<br><br><br>JUDGMENT |

　　IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

　　Dated:  August 25, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MAAME EWUSI-MENSAH FRIMPONG
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE